13958

*IN RE* WELLS *ET AL.*
SNYDER *ET AL.* v. SCOTT *ET AL.*

(177 S. E., 665)

404

408

*Messrs. Wilton H. Earle, H. K. Townes* and *W. E. Bowen,* for appellant,

*Messrs. Hodges & Hodges,* for respondent,

*Ben. F. Perry,* for respondent,

December 7, 1934.

The opinion of the Court was delivered by MR. JUSTICE STABLER.

For the reasons stated by his Honor, Judge Greene, in his decree, which will be reported, the judgment of the Circuit Court is affirmed.

MESSRS. JUSTICES CARTER and BONHAM and MESSRS. G. DEWEY OXNER and A. L. GASTON, ACTING ASSOCIATE JUSTICES, concur.